The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BENSUSSEN DEUTSCH & ASSOCIATES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MONIQUE MOLLINS and "JOHN DOE" MOLLINS, individually and the marital community composed thereof; IMAGE SOLUTIONS APPAREL, INC., a California corporation,<br><br>Defendants. | No. 2:20-cv-00302-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[*Clerk's Action Required*] |

## **STIPULATION**

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims in this action shall be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE– Page 1

DATED this 30th day of July, 2020

| OGDEN MURPHY WALLACE PLLC | ARETE LAW GROUP PLLC |
|---|---|
| By: *s/ Jessica Jensen*<br>Jessica Jensen, WSBA No. 29353<br>Kari I. Lester, WSBA No. 28396<br>901 5th Avenue, Suite 3500<br>Seattle, WA 98164<br>Phone: (206) 447-7000<br>Email: jjsensen@omwlaw.com<br>         klester@omwlaw.com | By: *s/ Denise L. Ashbaugh*<br>Denise L. Ashbaugh, WSBA No. 28512<br>Jonah O. Harrison, WSBA No. 34576<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Email: dashbaugh@aretelaw.com<br>         jharrison@aretelaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

THIS MATTER having come before this Court upon the foregoing stipulation of the Plaintiff Bensussen Deutsch & Associates and Defendants Monique Mollins, "John Doe" Mollins and Image Solutions Apparel, Inc.it is hereby

ORDERED that all claims are hereby dismissed with prejudice and without costs to either party.

DATED this   30th   day of July, 2020

Marsha J. Pechman
United States Senior District Judge

Presented by:

| | |
|---|---|
| **OGDEN MURPHY WALLACE PLLC** | **ARETE LAW GROUP PLLC** |
| By: *s/ Jessica Jensen* <br> Jessica Jensen, WSBA No. 29353 <br> Kari I. Lester, WSBA No. 28396 <br> 901 5th Avenue, Suite 3500 <br> Seattle, WA 98164 <br> Phone: (206) 447-7000 <br> Email: jjsensen@omwlaw.com <br>           klester@omwlaw.com <br><br> *Attorneys for Plaintiff* | By: *s/ Denise L. Ashbaugh* <br> Denise L. Ashbaugh, WSBA No. 28512 <br> Jonah O. Harrison, WSBA No. 34576 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 428-3250 <br> Email: dashbaugh@aretelaw.com <br>           jharrison@aretelaw.com <br><br> *Attorneys for Defendants* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE– Page 3